# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| **Bradford D Vol Allen,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 1:19-cv-00314-MOC |
| | ) | 1:15-cr-00064-MOC-WCM |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 27, 2019 Order.

November 27, 2019

Frank G. Johns, Clerk
United States District Court